| | |
|---|---|
| Name, Address, Bar No., Telephone No. and E-mail Address | E-filed on **April 8, 2010** |

**Samuel A. Schwartz**
**The Schwartz Law Firm**
**626 South Third Street**
**Las Vegas, NV 89101**

**10985**
**(702) 385-5544**
**sam@schwartzlawyers.com**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. BK- **09-11126** |
| | ) | Adv. # |
| **Jimmy Gonzalez** | ) | |
| Debtor. | ) | Chapter ☐ 7  ☐ 11  ☒ 13 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CHANGE OF ADDRESS OF ATTORNEY

*A separate notice must be filed in each case and proceeding*

**Samuel A. Schwartz** *(name of attorney)* hereby gives notice of the following changes of email address, mailing address, or both:

A. CHANGE OF EMAIL ADDRESS
   Old email address:  _____
   New email address:  _____
   Date of the change:  _____

B. CHANGE OF MAILING ADDRESS
   Old mailing address:  **626 South Third Street Las Vegas, NV 89101**
   New mailing address:  **701 East Bridger Suite 120 Las Vegas, NV 89101**
   Date of the change:  **April 16, 2010**

**/s/ Samuel A. Schwartz**                                                                                   **April 8, 2010**
Signature of Attorney                                                                                              Date